**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Criminal No.   1:25-CR-00049** |
| | ) |
| **Rene Christopher Martinez Romero,** | ) |
| | ) |
| **Defendant.** | ) |

### Government's Notice of Attorney Appearance

Comes now the United States Attorney for the Western District of Texas and files this Notice of Attorney Appearance.

The United States Attorney, by and through the undersigned Assistant United States Attorney, hereby notifies the Defendant and this Court that Assistant United States Attorney, Matt Harding will act as counsel for the Government in the above-named proceeding and that the Austin AUSA Mark Marshall should no longer receive the electronic notifications on the above entitled cause.

Respectfully submitted,

MARGARET LEACHMAN
Acting United States Attorney

By:    */s/ Matt Harding*
MATT HARDING
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
A/C 512 916-5858
FAX 512 916-5854

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this the 2nd day of April 2025, a copy of the foregoing Government's Notice was filed with the Clerk of the Court using the CM/ECF System, thus providing notification of such filing to all counsel of record.

/s/ Matt Harding
MATT HARDING
Assistant United States Attorney